IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Daniel Bower,

    Plaintiff(s),

vs.

Metroparks of Butler County, et al.,

    Defendant(s).

Case Number: 1:18cv791

Judge Susan J. Dlott

ORDER

The Court has reviewed the Amended Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on July 2, 2019 (Doc. 24), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 16, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, the Board's motion to dismiss for failure to state a claim (Doc. 9) is DENIED.

Granville's motion to dismiss (Doc. 10) is DENIED as to plaintiff's claim under §1983 against Granville and plaintiff's claim against Granville in his individual capacity under Ohio Rev. Code §4112.02.

Granville's motion to dismiss (Doc. 10) is GRANTED as to plaintiff's claims against Granville under the ADA and the FMLA and plaintiff's claim against Granville in his official capacity under Ohio Rev. Code §411.02

IT IS SO ORDERED.

                                              ___s/Susan J. Dlott_____
                                              Judge Susan J. Dlott
                                              United States District Court