**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Daniel Bower,
    Plaintiff(s),

    v.　　　　　　　　　　　　　　　　Case No. 1:18-cv-791
　　　　　　　　　　　　　　　　　　　　(Dlott, J. ; Litkovitz, M.J.)
Jonathan Granville, et al.,
    Defendant(s).

## ORDER

At the request of the parties, and with the agreement of the Court, this matter is **hereby STAYED** to permit the parties to re-engage in court-assisted mediation before Magistrate Judge Stephanie K. Bowman.

The parties additional request to extend the discovery and dispositive motion deadlines for thirty (30) days, is **hereby GRANTED**. The discovery deadline shall be extended to **March 28, 2021**. The dispositive motion deadline shall be extended to **April 30, 2021**.

Date  3/10/2021

　　　　　　　　　　　　　　　　　　　Karen L. Litkovitz
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

awh　　March 10, 2021